IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 8:07CV288 |
| | ) | |
| CONTEMPORARY INDUSTRIES CORPORATION, | ) ) | Bankruptcy Case No. BK 98-80382 (Chapter 11) |
| Debtor. | ) | |
| | | |
| CONTEMPORARY INDUSTRIES CORPORATION, | ) ) | Adversary Proceeding No. A99-8135 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TERRY G. FROST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 9) is granted, as follows:  Plaintiff shall have until October 3, 2007, to file and serve a reply brief.

    September 27, 2007.                        BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge